**MANDATE**

S.D.N.Y.
07-cv-4692
Wood, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 6th day of August, two thousand seven,,

Present:

Hon. Guido Calabresi,
Hon. Reena Raggi,
Hon. Peter W. Hall,
*Circuit Judges.*



Jose Miguel Olivo Rodriguez,

     *Petitioner,*

     v.                          07-2557-op

William J. Connolly,

     *Respondent.*

Petitioner, *pro se*, requests an order authorizing the United States District Court for the Southern District of New York to consider a successive 28 U.S.C. § 2254 petition. Upon due consideration, it is hereby ORDERED that the application is DENIED because Petitioner has not satisfied the criteria set forth in 28 U.S.C. § 2244(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: *Oliva M. George*

Oliva M. George, Deputy Clerk

SAO-MBK

AUG 6 2007  Issued as Mandate: SEP 12 2007

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by *Gislaine Philes*

Deputy Clerk

S.D.N.Y.
07-cv-4692
Wood, C.J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

———————————

At a stated term of the United States Court of Appeals for the Second
Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl
Street, in  the City of New York, on the 6th day of August,  two thousand seven,,

Present:

Hon. Guido Calabresi,
Hon. Reena Raggi,
Hon. Peter W. Hall,
*Circuit Judges.*

———————————————————

Jose Miguel Olivo Rodriguez,

*Petitioner,*

v.                                                                         07-2557-op

William J. Connolly,

*Respondent.*

———————————————————

Petitioner, *pro se*, requests an order authorizing the United States District Court for the Southern
District of New York to consider a successive 28 U.S.C. § 2254 petition.  Upon due consideration,
it is hereby ORDERED that the application is DENIED because Petitioner has not satisfied the
criteria set forth in 28 U.S.C. § 2244(b).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

THE MANDATE CONSISTING OF
ITEMS BELOW, HAS BEEN RECEIVED
( ) OPINION ( ) STATEMENT OF COSTS
(✓) ORDER

RECEIVED BY:_____ DATE_____

By:    *Oliva M. George*

Oliva M. George, Deputy Clerk

SAO-MBK

AUG  6 2007